FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 1 1 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| MARION ANDERSON IV<br>ADC #169888A | PLAINTIFF |
| v.   No: 4:18-cv-00317 BRW-PSH | |
| CLARK COUNTY DETENTION CENTER | DEFENDANT |

## ORDER

Plaintiff has submitted this 42 U.S.C. §1983 case for filing in this district. Except in circumstances not present in this case, federal venue is proper where the events giving rise to the claim occurred, or where any defendant resides.[1] Plaintiff's allegations involve events that occurred in Clark County, and Defendant is located there. Clark County is in the Hot Springs Division of the United States District Court for the Western District of Arkansas, and this case should have been brought there. A "district court of a district in which a case is filed laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."[2] Accordingly, it is in the interest of justice to transfer this case to the United States District Court for the Western District of Arkansas.

IT IS THEREFORE ORDERED THAT the Clerk of the Court is directed to immediately transfer Plaintiff's entire case file to the United States District Court for the Western District of Arkansas.

DATED this 11th day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE

---

[1] See 28 U.S.C. § 1391(b).
[2] See 28 U.S.C. § 1406(a).