IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MARION ANDERSON, IV                                                                    PLAINTIFF

v.                                    Civil No. 6:18-cv-06045

CLARK COUNTY DETENTION CENTER                                       DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed May 21, 2018, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Ford recommends that Plaintiff's Complaint be dismissed without prejudice because the sole defendant in this matter is not a person or legal entity that is subject to suit under 42 U.S.C. § 1983. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Complaint (ECF No. 2) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of June, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge